**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

JAMES D. FORD,

    Petitioner,

-vs-                                        Case No. 8:07-MC-0019-T-30EAJ
                                          **DEATH PENALTY CASE**

JAMES R. McDONOUGH, et al.,

    Respondents.
_____

## ORDER

Petitioner, a Florida prisoner under sentence of death, initiated this cause of action by filing a Motion for Appointment of Counsel for Representation in Federal Habeas Corpus Proceedings in a Capital Case Pursuant to the Criminal Justice Act (Dkt. 1). Attorney Ryan Thomas Truskoski is requesting immediate pre-petition appointment pursuant to 18 U.S.C. § 3006A and 21 U.S.C. § 848 so that he can timely prepare and file a federal petition for writ of habeas corpus on Petitioner's behalf pursuant to 28 U.S.C. §2254. A copy of the motion was served on Assistant State Attorney Carol M. Dittmar, who appeared as attorney of record for the State before the Florida Supreme Court on Petitioner's motion for state post-conviction relief under Fla. R. Criminal. P. 3.850. *See Ford v. State*, 2003 WL 1074960 (Fla. 2007).

Petitioner is in state custody at the Union Correctional Institution. He challenges his 1997 convictions for sexual battery with a firearm, child abuse, and first-degree murder (two counts) entered in the Twentieth Judicial Circuit, Charlotte County, Florida. Pursuant to

Local Rule 1.02(c) (M.D. Fla. 2006)[1] and 28 U.S.C. §2241(d),[2] this case is **transferred** to the **Fort Myers Division** of this Court for all further proceedings, *see* Local Rule 1.02(b)(5) (2006).[3]

UPON consideration, the Court **ORDERS** that the Clerk shall immediately forward the case file to that Division, terminate any pending motions, and close this case.

**DONE** and **ORDERED** in Tampa, Florida on April 16, 2007.

/s/ James S. Moody, Jr.
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copy furnished to:

Carol Dittmar, Esq.
Senior Assistant Attorney General
Office of the Attorney General
Concourse Center #4
3507 E. Frontage Road, Suite 200
Tampa, FL 33607

Petitioner/Counsel of Record

SA:jsh

---

[1] "All civil proceedings of any kind shall be instituted in that Division encompassing the county or counties having the greatest nexus with the cause, giving due regard to the place where the claim arose and the residence or principal place of business of the parties." Local Rule 1.02(c) (2006).

[2] "Where an application for a writ of habeas corpus is made by a person in custody under the judgment and sentence of a State court of a State which contains two or more Federal judicial districts, the application may be filed in the district court for the district wherein such person is in custody or in the district court for the district within which the State court was held which convicted and sentenced him and each of such district courts shall have concurrent jurisdiction to entertain the application. The district court for the district wherein such an application is filed in the exercise of its discretion and in furtherance of justice may transfer the application to the other district court for hearing and determination." 28 U.S.C. § 2241(d).

[3] "The District shall be divided into five Divisions to be known as the Jacksonville, Ocala, Orlando, Tampa and Ft. Myers Divisions, as follows: . . . (5) The Fort Myers Division shall consist of the following counties: Charlotte, Collier, DeSoto, Glades, Hendry and Lee. The place of holding court shall be Fort Myers." Local Rule 1.02(b) (2006).